Mary E. Kersten, Assignee of George and Anna Tomes,
Appellant, v. Carl Kahler, Appellee.

Gen. No. 43,564.

opinion filed February 5, 1947; rehearing denied February 19, 1947; released for publication February 21, 1947. Albert E. Lake, for appellant; Joseph B. Gilbert, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.